**Order entered January 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00053-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**ANTHONY HILL, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX14-90030-V**

## ORDER

The Court has received the State's notice of appeal from the trial court's order granting appellee's pretrial application for writ of habeas corpus. This is an accelerated criminal appeal under Texas Rule of Appellate Procedure 31.

We **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, the clerk's record containing all the documents related to the pretrial application for writ of habeas corpus, including the trial court's written order ruling on the application for writ of habeas corpus.

We **ORDER** Peri Wood, official court reporter of the 292nd Judicial District Court, to file or coordinate the filing, within **FIFTEEN DAYS** of the date of this order, of the reporter's record from the hearing on the pretrial application for writ of habeas corpus.

The State's brief is due by **FEBRUARY 18, 2015**. Appellee's brief is due by **MARCH 6, 2015**. If any party does not file its brief by the date specified, the appeal will be submitted without that party's brief. *See* TEX. R. APP. P. 31.1.

The appeal will be submitted, without argument, on **April 10, 2015** to a panel consisting of Justices Francis, Lang-Miers, and Whitehill *See* TEX. R. APP. P. 31.2, 39.1.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Brandon Birmingham, Presiding Judge, 292nd Judicial District Court; Peri Wood, official court reporter, 292nd Judicial District Court; Felicia Pitre, Dallas County District Clerk; and to counsel for all parties.

/s/  ADA BROWN
    JUSTICE